Judge Lasnik

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YI LIN WILLIAM AU YEUNG, *et al.*,

Plaintiffs,

v.

TODD BLANCHE, Acting Attorney General of the United States, *et al.*,[1]

Defendants.

CASE NO. C26-0875RSL

**STIPULATION FOR ORDER EXTENDING DEFENDANTS' TIME TO FILE RESPONSE TO COMPLAINT; ORDER THEREON**

WHEREAS this action is brought by Plaintiffs Yi Lin William Au Yeung and Yanfen Chen seeking to compel U.S. Citizenship and Immigration Services (hereafter "USCIS") to take action on a Form I-130, Petition for Alien Relative submitted by Plaintiff Yi Lin William Au Yeung on behalf of Plaintiff Yanfen Chen; and

WHEREAS counsel for Defendants has recently learned and informed counsel for Plaintiffs that an interview of Plaintiff Yi Lin William Au Yeung in conjunction with this petition has been scheduled; and

WHEREAS the scheduling of an interview generally indicates that an adjudication of such a petition by USCIS is relatively close at hand; and

[1] Pursuant to Fed. R. Civ. P. 25(d), Defendants substitute Acting U.S. Attorney General Todd Blanche for Pamela Bondi, Department of Homeland Security Secretary Markwayne Mullin for Kristi Noem; and Leanne Leigh for Anne Arries Corsano.



UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

WHEREAS the parties mutually believe that USCIS' completion of its work on the petition will obviate the need for Plaintiffs to further prosecute this action;

NOW THEREFORE, the parties, through their respective attorneys of record, do hereby stipulate and agree that the Court may make and enter the following order:

USCIS' time to file its response to the complaint in this action shall be extended to July 28, 2026.

SO STIPULATED.

DATED this 15th day of May 2026.

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
Email: brian.kipnis@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 174 words, in compliance with the Local Civil Rules

SO STIPULATED.

DATED this 15th day of May 2026.

GILLIN LAW GROUP PLLC

*/s/ Brandon S. Gillin*
BRANDON S. GILLIN, WSBA No. 44761
19910 50th Ave W., Suite 205
Lynnwood, WA 98036
Phone: (425) 947-1130
Email: brandon@gillinlaw.com

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

DATED this 18th day of May, 2026.

ROBERT S. LASNIK
Senior United States District Judge



UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970