Judge Lasnik

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YI LIN WILLIAM AU YEUNG, *et al.*,<br>Plaintiffs,<br>v.<br>TODD BLANCHE, Acting Attorney General of the United States, *et al.*,<br>Defendants. | CASE NO. C26-0875RSL<br>**STIPULATION FOR ORDER STAYING ACTION; ORDER THEREON** |

WHEREAS this action is brought by Plaintiffs Yi Lin William Au Yeung and Yanfen Chen seeking to compel U.S. Citizenship and Immigration Services (hereafter "USCIS") to take action on a Form I-130, Petition for Alien Relative submitted by Plaintiff Yi Lin William Au Yeung on behalf of Plaintiff Yanfen Chen; and

WHEREAS on May 18, 2026, on the basis of a stipulation of the parties, the Court issued an order extending Defendants' time to respond to the complaint herein until July 28, 2026 (Dkt. # 6);

WHEREAS on June 4, 2026, the Court issued a scheduling order requiring among other things that the parties hold a conference pursuant to Fed. R. Civ. P. 26(f) by August 4, 2026, and submit a joint status report by August 18, 2026; and

WHEREAS on or about June 3, 2026, USCIS issued a Request for Evidence ("RFE") to Plaintiffs relative to the application for immigration benefits that is the subject of this lawsuit with a



UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

response date of August 26, 2026; and

WHEREAS USCIS estimates that it will take approximately 30 days from the RFE's response date to consider the evidence submitted by Plaintiffs and to issue a decision on the application for immigration benefits that is the subject of this lawsuit; and

WHEREAS counsel for the parties have met and conferred regarding this development and have agreed that it would be prudent to stay this case until September 30, 2026, as a decision by USCIS before then will obviate the need for Plaintiffs to further prosecute this action;

NOW THEREFORE, the parties, through their respective attorneys of record, do hereby stipulate and agree that the Court may make and enter the following order:

1. This action shall be stayed until September 30, 2026.

2. By no later than October 1, 2026, a proper request to dismiss the lawsuit shall be filed with the Court or the parties shall file a joint status report informing the Court as to their respective positions on how the lawsuit should proceed.

SO STIPULATED.

DATED this 23rd day of June 2026.

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
E-mail: brian.kipnis@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 334 words, in compliance with the Local Civil Rules

//

//

//

SO STIPULATED.

DATED this 23rd day of June 2026.

GILLIN LAW GROUP PLLC

*<u>/s/ Brandon S. Gillin</u>*
BRANDON S. GILLIN, WSBA No. 44761
19910 50th Ave W., Suite 205
Lynnwood, WA 98036
Phone: (425) 947-1130
Email: brandon@gillinlaw.com

*Attorney for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

DATED this 24th day of June, 2026.

ROBERT S. LASNIK
Senior United States District Judge



UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970