Judge Lasnik

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YI LIN WILLIAM AU YEUNG, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, Attorney General of the United States, *et al.*,<br><br>Defendants. | CASE NO. C26-0875RSL<br><br>**STIPULATION FOR ORDER EXTENDING STAY OF ACTION; ORDER THEREON** |

WHEREAS this action is brought by Plaintiffs Yi Lin William Au Yeung and Yanfen Chen seeking to compel U.S. Citizenship and Immigration Services (hereafter "USCIS") to take action on a Form I-130, Petition for Alien Relative submitted by Plaintiff Yi Lin William Au Yeung on behalf of Plaintiff Yanfen Chen; and

WHEREAS on May 18, 2026, on the basis of a stipulation of the parties, the Court issued an order extending Defendants' time to respond to the complaint herein until July 28, 2026 (Dkt. # 6);

WHEREAS on June 4, 2026, the Court issued a scheduling order requiring among other things that the parties hold a conference pursuant to Fed. R. Civ. P. 26(f) by August 4, 2026, and submit a joint status report by August 18, 2026; and

WHEREAS on or about June 3, 2026, USCIS issued a Request for Evidence ("RFE") to Plaintiffs relative to the application for immigration benefits that is the subject of this lawsuit with a



UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

response date of August 26, 2026; and

WHEREAS USCIS estimated that it would take approximately 30 days from the RFE's response date to consider the evidence submitted by Plaintiffs and to issue a decision on the application for immigration benefits that is the subject of this lawsuit; and

WHEREAS pursuant to a stipulation of the parties, on June 24, 2026, the Court entered an order (Dkt. # 9) staying this action until September 30, 2026; and

WHEREAS USCIS has now received Plaintiffs' response to its RFE and is requesting that the stay of this lawsuit be extended an additional 30 days so that it can have additional time to review this new material beyond its original estimate; and

WHEREAS counsel for Plaintiffs has no objection to this request;

NOW THEREFORE, the parties, through their respective attorneys of record, do hereby stipulate and agree that the Court may make and enter the following order:

1. This action shall be stayed until October 30, 2026.

2. By no later than November 3, 2026, a proper request to dismiss the lawsuit shall be filed with the Court or the parties shall file a joint status report informing the Court as to their respective positions on how the lawsuit should proceed.

SO STIPULATED.

DATED this 22nd day of September 2026.

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
Email: brian.kipnis@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 368 words, in compliance with the Local Civil Rules

SO STIPULATED.

DATED this 22nd day of September, 2026.

GILLIN LAW GROUP PLLC

*/s/ Brandon S. Gillin*
BRANDON S. GILLIN, WSBA No. 44761
19910 50th Ave W., Suite 205
Lynnwood, WA 98036
Phone: (425) 947-1130
Email: brandon@gillinlaw.com

*Attorney for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

DATED this 23rd day of September 2026.

ROBERT S. LASNIK
United States District Judge



UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970