Judge Lasnik

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YI LIN WILLIAM AU YEUNG, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, Attorney General of the United States, *et al.*[1],<br><br>Defendants. | CASE NO. C26-0875RSL<br><br>**STIPULATION FOR ORDER DISMISSING ACTION; ORDER THEREON**<br><br>[Rule 41(1)(A)(ii), Fed. R. Civ. P.] |

Plaintiffs Yi Lin William Au Yeung and Yanfen Chen and all Defendants, through their respective attorneys hereby stipulate and agree that the Court may make and enter the following order:

This action shall be dismissed pursuant to Rule 41(1)(A)(ii) of the Federal Rules of Civil Procedure.

///

///

///

1 On August 10, 2026, Todd Blanche was sworn into the office of Attorney General of the United States and is substituted for Defendant Pam Bondi, the former Attorney General of the United States, pursuant to Rule 25(d), Fed. R. Civ. P.



UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

SO STIPULATED.

DATED this 3rd day of November 2026.

/s/ Brian C. Kipnis
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
E-mail: brian.kipnis@usdoj.gov

*Attorneys for Defendants*

*I certify that this memorandum contains 46 Words, in compliance with the Local Civil Rules.*

SO STIPULATED.

DATED this 3rd day of November 2026.

GILLIN LAW GROUP PLLC

/s/ Brandon S. Gillin
BRANDON S. GILLIN, WSBA No. 44761
19910 50th Ave W., Suite 205
Lynnwood, WA 98036
Phone: (425) 947-1130
Email: brandon@gillinlaw.com

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

DATED this 5th day of November 2026.

ROBERT S. LASNIK
United States District Judge